M. Darin Hammond (6741)
**SMITH KNOWLES, P.C.**
2225 Washington Blvd., Suite 200
Ogden, UT 84401
Telephone:    (801) 476-0303
Facsimile:      (801) 476-0399
dhammond@smithknowles.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| NORTHERN REGAL HOMES, INC. and RICK WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION and NATIONSTAR, INC.,<br><br>Defendants. | **REQUEST FOR SETTLEMENT CONFERENCE**<br><br>Case No. 1:15-cv-00035-CW-BCW<br><br>District Judge Jill N. Parrish |

Plaintiffs Northern Regal Homes, Inc. and Rick Williams, by and through their counsel, M. Darin Hammond of the law firm of SMITH KNOWLES, P.C., hereby request that the Court refer this matter for a settlement conference pursuant to D.U. Civ. R. 16-3. The Parties had originally intended to mediate this matter but have recently instead decided to request a settlement conference through the Court's alternative dispute resolution process. Based upon discussions with counsel, the undersigned is of the understanding that Defendant RoundPoint Mortgage Servicing Corporation will join in this request for a settlement conference.

DATED this \_\_11\_\_ day of September, 2015.

                                      SMITH KNOWLES, P.C.

                                      M. Darin Hammond
                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this \_\_11th\_\_ day of September, 2015, I mailed a true and correct copy of the foregoing, **REQUEST FOR SETTLEMENT CONFERENCE** via First Class United States mail, or ECF transmission as follows:

- **M. Darin Hammond**
  dhammond@smithknowles.com,astevenson@smithknowles.com
- **Jamie G. Siler**
  jsiler@bmas.com,rwhitaker@bmas.com,madams@bmas.com

                                      Angie Stevenson
                                      Legal Assistant